UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | Case No. 10-83596 |
| | ) | |
| SANITARY AND IMPROVEMENT | ) | **CHAPTER 9** |
| DISTRICT #528 OF DOUGLAS | ) | |
| COUNTY, NEBRASKA, | ) | |
| | ) | |
| Debtor. | ) | |

### APPLICATION FOR FINAL DECREE AND FINAL ACCOUNTING/REPORT

COMES NOW, Sanitary and Improvement District No. 528 of Douglas County, Nebraska (the "Debtor"), by and through its attorney, Brian Doyle, and pursuant to the Order Confirming Plan entered herein (Document No. 25) submits that the estate herein is fully administered and substantially consummated as follows:

1.      That all claims or interests have been surrendered or released in accordance with the provisions of the plan except as shown in Schedule "A", attached hereto.

2.      That substantially all of the property of the Debtor has been transferred according to the provisions of the plan except as shown in Schedule "B" attached hereto.

3.      That the Debtor has assumed the business of substantially all of the property dealt with by the plan as applicable.

4.      That distributions have commenced under the plan and that payments to creditors and other interested parties have been completed as shown in Schedule "C" attached hereto.

5.      That there are no additional facts necessary to enable to Court to pass on the provisions of the final decree except as presented in Schedule "D" attached hereto.

WHEREFORE, Debtor herein prays for the entry of the Final Decree finding that the Plan is effective and that the estate has been administered and, therefore, an Order of the Court granting:

     a.        Discharge of the Debtor, if applicable;

     b.        Any specific injunction or other equitable provisions as set forth in Schedule "D";

     c.        the closing of the case; and

     d.        Pursuant to the United States Bankruptcy Code and the Plan, this Court shall retain jurisdiction to adjudicate, as necessary, disputes or other matters to be resolved under the Plan.

Dated this 27th day of February, 2014.

                                 **SANITARY AND IMPROVEMENT DISTRICT #528 OF DOUGLAS COUNTY, NEBRASKA**, Debtor

                                 By:      /s/Brian C. Doyle
                                        Brian C. Doyle, #23001
                                        Fullenkamp, Doyle & Jobeun
                                        11440 West Center Road
                                        Omaha, NE 68144
                                        Phone: 402-334-0700
                                        Facsimile: 402-334-0815
                                        brian@fdjlaw.com

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded by United States Mail, postage paid, this 28th day of February, 2014 to all parties listed on the creditor Matrix.

     The undersigned hereby certifies that a true and correct copy of the foregoing was e-mailed via the CM/ECF system this 28th day of February, 2014, to the following:

Patricia Fahey

                    /s/Brian C. Doyle

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| In Re: | ) | Case No. 09-81825 |
|---|---|---|
| | ) | |
| SANITARY AND IMPROVEMENT | ) | **CHAPTER 9** |
| DISTRICT #528 OF DOUGLAS | ) | |
| COUNTY, NEBRASKA, | ) | |
| | ) | |
| Debtor. | ) | |

## <u>SCHEDULE "A"</u>

Names and addresses of the holders of claims or interests that have not been surrendered or released in accordance with the provisions of the Plan:

None.

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | Case No. 09-81825 |
| | ) | |
| SANITARY AND IMPROVEMENT | ) | **CHAPTER 9** |
| DISTRICT #528 OF DOUGLAS | ) | |
| COUNTY, NEBRASKA, | ) | |
| | ) | |
| Debtor. | ) | |

## SCHEDULE "B"

The following property of the Debtor has been/will be transferred according to the provisions of the Plan:

N/A.

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | Case No. 09-81825 |
| | ) | |
| SANITARY AND IMPROVEMENT | ) | **CHAPTER 9** |
| DISTRICT #528 OF DOUGLAS | ) | |
| COUNTY, NEBRASKA, | ) | |
| | ) | |
| Debtor. | ) | |

### SCHEDULE "C"

Information required to close the case:

All outstanding Construction Fund Warrants were surrendered to the disbursing agent in accordance with the terms of the Plan.   Class "A" Bonds and Class "B" Certificates of Indebtedness were delivered to the disbursing agent to hold for the creditors.

In accordance with the Plan $690,000 was transferred from the Bond Fund to the General Fund for the purpose of paying those General Fund Warrants and for ensuring the future viability of the General Fund.

Following the implementation of the Plan, as set forth above, the District has made interest only distributions to the Certificate Holders based upon their pro-rata portions of the Certificates.   Such distributions have been made May 3, 2011 for $32,543.83; March 2, 2012 for $322,393.18; March 16, 2012 for $68,132.77; and March 4, 2013 for $390,525.95.   For 2014 the District shall make an interest only payment.   In following years the District shall make such principal and interest payments as set forth in the Plan. Such further payment shall continue to be made in accordance with the Plan until the Plan's termination.

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

In Re:                                          )                    Case No. 09-81825
                                                )
SANITARY AND IMPROVEMENT          )                    **CHAPTER 9**
DISTRICT #528 OF DOUGLAS          )
COUNTY, NEBRASKA,                 )
                                                )
        Debtor.                            )

## <u>SCHEDULE "D"</u>

Include here additional facts, if any, which are necessary to enable to Court to pass on any specific information or other equitable provisions requested in the final decree. If there are none, so indicate.

None.